# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Ignacio Carpena-Espinoza ) <br> Defendant(s) ) | CRIMINAL NO. 07mJ8950 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court))

Elizabeth Sanchez-Blanco

DATED: 12/6/07

RECEIVED _____
         DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082