UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 07CR 3300 BEN |
| Plaintiff ) | CRIMINAL NO. 07mJ 8950 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Ignacio Carpena-Espinoza ) | Booking No. |
| Defendant(s) ) | |

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Elizabeth Sanchez-Blanco

DATED: 12/6/07

RECEIVED _____
           DUSM

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk